IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAJUN CHICKEN OF TEXAS, LLP, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-3323 |
| THE BRINKMANN CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff filed a motion to dismiss, (Docket Entry No. 4). The motion is granted.

This action is dismissed, with prejudice.

SIGNED on January 10, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge